Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Terrestrial Brewing Company, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1591214** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**7524 Father Fascati Dr.**<br>**Cleveland, OH 44102**<br>Number, Street, City, State & ZIP Code<br><br>**Cuyahoga**<br>County<br><br>**Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.terrestrialbrewing.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Terrestrial Brewing Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7224__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Terrestrial Brewing Company, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

### 11. Why is the case filed in *this district*?

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
   Contact name
   Phone

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

### 15. Estimated Assets

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Terrestrial Brewing Company, LLC** _____ Case number (*if known*)_____
      Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Terrestrial Brewing Company, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 30, 2023**
MM / DD / YYYY

**X /s/ Ryan G. Bennett**                **Ryan G. Bennett**
Signature of authorized representative of debtor        Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Jonathan P. Blakely**                Date **November 30, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Jonathan P. Blakely**
Printed name

**Jonathan P. Blakely, Esq.**
Firm name

**P.O. Box 217**
**Middlefield, OH 44062**
Number, Street, City, State & ZIP Code

Contact phone **(440) 339-1201**    Email address **jblakelylaw@windstream.net**

**0042550 OH**
Bar number and State

Fill in this information to identify the case:
Debtor name  **Terrestrial Brewing Company, LLC**
United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF OHIO**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** P.O. Box 981531 El Paso, TX 79998 | | | | | | $1,247.96 |
| **Byzfunder NY LLC** 530 7th Ave., Suite 505 New York, NY 10018 | | | | | | $72,431.25 |
| **Capital One** P.O. Box 15369 Salt Lake City, UT 84130 | | | | | | $18,994.74 |
| **City of Cleveland Dept. of Economic Development** 601 Lakeside Ave., Room 210 Cleveland, OH 44114 | | | | | | $6,510.55 |
| **Cloudfund LLC** 400 RellaBlvd., Suite 165-101, Suffern, NY 10901 | | | | | | $10,900.00 |
| **Headway Capital** 175 W. Jackson Blvd., Suite 1000 Chicago, IL 60604 | | | | | | $41,318.17 |
| **Huntington Bank** P,O. Box 182232 GW1W34 Columbus, OH 43218 | | | | $235,591.68 | $0.00 | $235,591.68 |
| **Huntington Bank** P.O. Box 182232 GW1W34 Columbus, OH 43218 | | | | $15,478.47 | $0.00 | $15,478.47 |

| Debtor | Terrestrial Brewing Company, LLC | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **JP Morgan Chase** P.O. Box 15369 Wilmington, DE 19850 | | | | | | $28,197.00 |
| **Live Oak Banking Company** 1741 Tiburon Drive, Wilmington, NC Wilmington, NC 28403 | | | | $849,350.18 | $0.00 | $849,350.18 |
| **Live Oak Banking Company** 1741 Tiburon Drive, Wilmington, NC Wilmington, NC 28403 | | | | $152,465.00 | $0.00 | $152,465.00 |
| **Marlin Business Bank** 300 Fellowship Road Mount Laurel, NJ 08054 | | | | | | $11,178.64 |
| **Marous Management Services, LLC** 38119 Stevens Blvd, Willoughby, OH 44094 | | | | | | $170,000.00 |
| **Rapid Finance** 4500 West Highway, 6th Floor Bethesda, MD 20814 | | | | | | $56,702.83 |
| **SBA** 409 3rd St., SW Washington, DC 20416 | | | | $150,000.00 | $0.00 | $150,000.00 |
| **US Bank** P.O. Box 6335 Fargo, ND 58125 | | | | | | $29,257.59 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Terrestrial Brewing Company, LLC**  
_____  
Debtor(s)

Case No. _____  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,262.00** |
   | Prior to the filing of this statement I have received | $ **5,262.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 30, 2023**  
_Date_

**/s/ Jonathan P. Blakely**  
**Jonathan P. Blakely**  
_Signature of Attorney_  
**Jonathan P. Blakely, Esq.**  
**P.O. Box 217**  
**Middlefield, OH 44062**  
**(440) 339-1201  Fax: (440) 632-9091**  
**jblakelylaw@windstream.net**  
_Name of law firm_

# United States Bankruptcy Court
## Northern District of Ohio

In re **Terrestrial Brewing Company, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 30, 2023**

Signature **/s/ Ryan G. Bennett**  
**Ryan G. Bennett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Terrestrial Brewing Company, LLC**                                    Case No. _____
                                        Debtor(s)                    Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 30, 2023**                    **/s/ Ryan G. Bennett**
                                        **Ryan G. Bennett**/**President**
                                        Signer/Title

American Express
P.O. Box 981531
El Paso, TX 79998


Byzfunder NY LLC
530 7th Ave., Suite 505
New York, NY 10018


Capital One
P.O. Box 15369
Salt Lake City, UT 84130


City of Cleveland
Dept. of Economic Development
601 Lakeside Ave., Room 210
Cleveland, OH 44114


Cloudfund LLC
400 RellaBlvd., Suite 165-101,
Suffern, NY 10901


Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604


Huntington Bank
P,O. Box 182232
GW1W34
Columbus, OH 43218


Huntington Bank
P.O. Box 182232
GW1W34
Columbus, OH 43218


JP Morgan Chase
P.O. Box 15369
Wilmington, DE 19850


Live Oak Banking Company
1741 Tiburon Drive, Wilmington, NC
Wilmington, NC 28403

Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ 08054


Marous Management Services, LLC
38119 Stevens Blvd,
Willoughby, OH 44094


Rapid Finance
4500 West Highway, 6th Floor
Bethesda, MD 20814


SBA
409 3rd St., SW
Washington, DC 20416


US Bank
P.O. Box 6335
Fargo, ND 58125

# United States Bankruptcy Court
## Northern District of Ohio

In re **Terrestrial Brewing Company, LLC**     Case No.
                              Debtor(s)     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Terrestrial Brewing Company, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2023**            **/s/ Jonathan P. Blakely**
Date                                **Jonathan P. Blakely**
                                         Signature of Attorney or Litigant
                                         Counsel for   **Terrestrial Brewing Company, LLC**
                                         **Jonathan P. Blakely, Esq.**
                                         **P.O. Box 217**
                                         **Middlefield, OH 44062**
                                         **(440) 339-1201 Fax:(440) 632-9091**
                                         **jblakelylaw@windstream.net**